IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

JUDGMENT IN A CIVIL CASE

Plaintiff,

18-cv-398-jdp

v.

JOHNSTON, PRIMMER, FEDIE, YANSKI,
FISCHER, and CAPT. PRIMMER,

Defendants.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case with prejudice.

| /s/ | 12/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |